IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRIANTE SUMBRY, | 1:05-CV-01191-AWI-LJO-HC |
| Petitioner, | |
| vs. | |
| INDIANA STATE PRISON, et al., | |
| Respondent. | ORDER OF TRANSFER |

      Petitioner, a prisoner proceeding pro se, has filed a habeas corpus action, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      In this case, the petitioner is challenging a conviction from Laporte County Superior Court, which is in the Northern District of Indiana. Therefore, the petition should have been filed in the United States District Court for the Northern District of Indiana. In the interest of justice, a federal court may

transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of Indiana.

IT IS SO ORDERED.

**Dated:   October 27, 2005**　　　　　　/s/ Lawrence J. O'Neill
23ehd0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE